# United States District Court
## Violation Notice

| | |
|---|---|
| CVB Location Code | M10 |
| Violation Number | F06I0034 |
| Officer Name | Wallace |
| Officer No. | 2496 |

F06I0034

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| | |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 08/31/2024 00:57 |
| Offense Charged | FED 36 CFR 261.53E |
| Place of Offense | Blue Mountain FS Rd. 365 |

Offense Description: Factual Basis for Charge
36 CFR 261.53E - CLOSED - HEALTH OR SAFETY

HAZMAT ☐

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Pierce | William | G |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐  Juvenile ☐  Sex M ☐ F ☐  Race  Hair  Eyes  Height  Weight

### VEHICLE

VIN: 1GNEK13Z22R169121   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 136225R | MT | 2002 | CHEV/Tahoe | ☐ | MAR |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 100.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | |
| $ 130.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

F06I0034

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on     08/31/2024     while exercising my duties as a law enforcement officer in the                District of     MT

Pursuant to 16USC 551: United States Forest Service (USFS) Officer GORE and I were patrolling the Blue Mountain Recreation Area East Zone on Forest Road 365 on the Missoula Ranger District of the Lolo National Forest. At around 0100 hrs., I observed a Chevrolet Tahoe parked in an area that is closed from 2200 hrs. through 0600 hrs. (36 CFR 261.53 (e and f)). I pulled my patrol vehicle up to the Tahoe and a male (later identified by his Montana drivers license as William PIERCE) emerged from the rear passenger seat.

GORE approached PIERCE and informed him that he was not allowed to be in the area because it was closed. Inside the vehicle with PIERCE was his girlfriend (later identified by her Montana identification card as Amanda FISHER). PIERCE was checked with the Missoula County Sheriff's Office Dispatch Center and returned with a in state extraditable warrant with the Bozeman Police Department. The Missoula County Detention Center did not want PIERCE brought in.

Based on GORE'S and I training and experience we detected the odor of marijuana. We asked PIERCE if there was any marijuana in the vehicle and he stated there was. PIERCE was residing on National Forest (36 CFR 261.10(b)) and asked that we do not search the entirety of his vehicle because everything he owned was in the vehicle.

We asked PIERCE if we search his vehicle would we find anything else besides marijuana. At first, PIERCE stated we would not, but after further questioning he admitted that there was a glass pipe used to smoke methamphetamine. In addition, he admitted there was a small Altoids case that might contain a very small amount of meth.

The glass pipe and Altoids can were located and collected as evidence. While we searched PIERCE'S vehicle, we further questioned PIERCE to see if there was anymore contraband in the vehicle. PIERCE stated he thought there was another glass pipe used to smoke meth in the vehicle. The glass pipe was located and collected as evidence.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:     08/31/2024
Date (mm/dd/yyyy)         Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)         U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident